

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN. 1GCEC14Z4NE164549,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Timothy Edward Knoeppel appeals the trial court's judgment signed March 18, 2014. Appellant has filed in this court a motion to proceed in forma pauperis, an affidavit of indigence, and a motion for preparation of the record. We **order** the clerk of this court to send copies of the motions, affidavit, and this order to the trial court clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further give notice that the deadline for filing a contest to the affidavit of indigence is **May 22, 2014**. **Any contest must be filed in this court**. *See* TEX. R. APP. P. 20.1(e)(1).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court